Krystina T. Tran, Esq.  SBN 270033
LAW OFFICES OF TRAN & ISERHIEN, PC
17011 Beach Blvd, Suite 900
Huntington Beach, CA  92647
Telephone:  (714) 892-6006
Facsimile:  (877) 718-0098

Attorney for Debtor
**AVELINA CONDE CASTILLO**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO.    **2:19-bk-10037-ER** |
| | ) | |
| AVELINA CONDE CASTILLO | ) | CHAPTER    **11** |
| | ) | |
| | ) | |
| Debtors. | ) | DEBTORS' MOTION FOR VOLUNTARY |
| | ) | DISMISSAL OF CHAPTER 11 CASE |
| | ) | |
| | ) | Hearing Date: March 4, 2019 |
| | ) | Time:            11:00 am |
| | ) | Place:           Courtroom 1568 |
| | ) |                       255 E Temple Street |
| | ) |                       Los Angeles, CA  90012 |
| | ) | |

TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA, THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT, on March 4, 2019, at 11:00, or as soon thereafter as the matter may be heard, AVELINA CONDE CASTILLO, the Debtor (hereinafter referred to as "DEBTOR") by and through her undersigned counsel of record, KRYSTINA T. TRAN of THE LAW OFFICES OF TRAN & ISERHIEN, PC, gives notice that pursuant to Section 11 U.S.C.

-1-

1112(b)(1) of the Bankruptcy Code, will and hereby does move this Court for an order dismissing the above-entitled bankruptcy case.

This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

This Motion is also based on this notice, all papers, pleadings and files of record, and such evidence as the Court may receive at the time of the hearing on the Motion.

Dated:  February 4, 2019

Respectfully submitted,
**LAW OFFICES OF TRAN & ISERHIEN, PC**


By:  /s/ Krystina T. Tran
      KRYSTINA T. TRAN
      Attorney for Debtor,
      AVELINA CONDE CASTILLO

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On January 2, 2019, Avelina Conde Castillo, Debtor, filed a voluntary Chapter 11 bankruptcy case.

2. After filing the petitions and schedules, Debtor submitted a 7-Day package to the United States Trustee's Office.

3. Debtor attended the Initial Debtor Interview ("IDI") on January 25, 2019, and was examined by Gary Baddin, Bankruptcy Analyst.

4. After attending the IDI, Debtor considered all the factors discussed with Mr. Baddin, and determined that circumstances exist, which would hinder the reasonable likelihood that a plan will be timely confirmed.

5. Based on the foregoing, there is reasonable justification and cause for the instant bankruptcy case to be dismissed.

6. Debtor's case has not previously been converted to a Chapter 7, 11 or 12.

7. There are no motions for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

8. Debtor has made no arrangements or agreements with any creditor or other person in connection with this Motion for voluntary dismissal.

9. Debtor requests that all action pending for and against Debtors be declared moot.

For the foregoing reasons, Debtor requests that this Court grant this Motion and issue an Order Dismissing the instant bankruptcy case.

Dated: February 4, 2019

Respectfully submitted,
**LAW OFFICES OF TRAN & ISERHIEN, PC**

By: /s/ Krystina T. Tran
KRYSTINA T. TRAN
Attorney for Debtor,
AVELINA CONDE CASTILLO

| In re: | CHAPTER: **11** |
|---|---|
| **Avelina Conde Castillo** Debtor(s). | CASE NUMBER: **2:19-bk-10037-ER** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**17011 Beach Blvd, Suite 830**
**Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 4, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Kelly M Raftery:  bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
Krystina T Tran:  krystina@bklawcorp.com, trankr76075@notify.bestcase.com
Edward A Treder:  cdcaecf@bdfgroup.com
United States Trustee (LA):  ustpregion16.la.ecf@usdoj.gov
Hatty K Yip:  hatty.yip@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 4, 2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
The Honorable Ernest M. Robles
United States Bankruptcy Court
255 E Temple Street, Suite 1560
Los Angeles, CA  90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 4, 2019 | Krystina T. Tran | /s/ Krystina T. Tran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Employment Development Dept.           Franchise Tax Board
0973-2                                    Bankruptcy Group MIC 92E               Bankruptcy Section MS: A-340
Case 2:19-bk-10037-ER                     P.O. Box 826880                        P.O. Box 2952
Central District of California            Sacramento, CA 94280-0001              Sacramento, CA 95812-2952
Los Angeles
Mon Feb  4 12:19:19 PST 2019

Internal Revenue Service                  L.A. County Tax Collector              (p)OFFICE OF FINANCE   CITY OF LOS ANGELES
PO Box 7346                               Bankruptcy Unit                        200 N SPRING ST RM 101 CITY HALL
Philadelphia, PA 19101-7346               P.O. Box 54110                         LOS ANGELES CA 90012-3224
                                          Los Angeles, CA 90054-0110


Securities & Exchange Commission          Los Angeles Division                   Barrett Daffin Frappier Treder & Weiss, LLP
444 South Flower St., Suite 900           255 East Temple Street,                20955 Pathfinder Road
Los Angeles, CA 90071-2934                Los Angeles, CA 90012-3332             Suite 300
                                                                                 Diamond Bar, CA 91765-4029


United States Trustee (LA)                Wells Fargo Home Mortgage              Avelina Conde Castillo
915 Wilshire Blvd, Suite 1850             P.O. Box 10335                         11837 Wagner St
Los Angeles, CA 90017-3560                Des Moines, IA 50306-0335              Culver City, CA 90230-5131



Krystina T Tran
Law Offices of Tran and Iserhien PC
17011 Beach Blvd, Suite 830
Huntington Beach, CA 92647-5995
```

             The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
             by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                           End of Label Matrix
                                          Mailable recipients    12
                                          Bypassed recipients     1
                                          Total                  13